Mark P. Robinson, Jr., SBN 054426
Carlos A. Prietto, III, SBN 166410
Ted B. Wacker, SBN 157416
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
949-720-1288
949-720-1292 Fax

Attorneys for Plaintiffs
TERRACE LEE SALSMAN and
MARY B. SALSMAN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. M 05-CV-1699-CRB<br>MDL No. 1699<br>JUDGE BREYER |
| This document relates to:<br>TERRACE LEE SALSMAN and MARY B. SALSMAN<br>Individual Case No.<br>3:05-cv-05431- CRB | STIPULATION AND ORDER OF DISMISSAL |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs and counsel for Defendants that the Complaint of Plaintiffs, Terrace Lee Salsman and Mary B. Salsman with the assigned individual case number 3:05-cv-05431-CRB, may be and is hereby dismissed with prejudice.

///
///
///

The parties shall each bear their own costs.

Dated: February 8, 2007          ROBINSON, CALCAGNIE & ROBINSON

                                 _____
                                 Mark P. Robinson, Jr., SBN054426
                                 mrobinson@rcrlaw.net
                                 Carlos A. Prietto, III, SBN 166410
                                 cprietto@rcrlaw.net
                                 Ted B. Wacker, SBN 157416
                                 twacker@rcrlaw.net
                                 620 Newport Center Drive, 7th Floor
                                 Newport Beach, CA 92660
                                 Telephone: (949) 720-1288
                                 Fax: (949) 720-1292

                                 *Counsel for Plaintiffs*
                                 Terrace Lee Salsman and Mary B. Salsman

Dated: February 12, 2007         GORDON & REES

                                 _____
                                 Stuart M. Gordon, Esq.
                                 sgordon@gordonrees.com
                                 Embarcadero Center West
                                 275 Battery Street, 20th Floor
                                 San Francisco, CA 94111
                                 Telephone: (415) 986-5900
                                 Fax: (415) 986-8054

                                 *Defendants' Liaison Counsel*


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: Feb. 14, 2007             _____
                                 HONORABLE CHARLES R. BREYER

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*United States District Court, Northern District of California*